IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| WENDI ARTZ, | CV-20-16-H-CCL |
| Plaintiff, | |
| vs. | Order |
| ROCK CREEK CATTLE COMPANY, LTD, | |
| Defendant. | |

Pursuant to the Stipulation for Dismissal with Prejudice filed herein;

IT IS HEREBY ORDERED that all claims asserted by Plaintiff Wendy Artz against Defendant Rock Creek Cattle Company, are hereby DISMISSED WITH PREJUDICE, and the parties are to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED all pending deadlines and the jury trial set for June 15, 2021 are vacated.

DATED this __15th__ day of January, 2021.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE